**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Edward L.,[1]

Plaintiff,

v.

Frank BISIGNANO, Commissioner of the Social Security Administration,

Defendant.

Case No. 25-CV-2988 (NEB/JFD)

ORDER ACCEPTING
REPORT AND RECOMMENDATION

---

The Court has received the July 24, 2026 Report and Recommendation of United States Magistrate Judge John F. Docherty. (ECF No. 17.) No party has objected to that Report and Recommendation, and the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1. The Report and Recommendation (ECF No. 17) is ACCEPTED;

2. The relief requested in Plaintiff's Brief (ECF No. 14) and Plaintiff's Reply Brief (ECF No. 16) is GRANTED;

3. The relief requested in Defendant's Brief (ECF No. 15) is DENIED; and

4. The final decision of the Commissioner of the Social Security Administration is REVERSED, and the matter is REMANDED pursuant to

---

[1] The District of Minnesota has adopted a policy of using only the first name and last initial of nongovernmental parties in Social Security cases.

sentence four of 42 U.S.C. § 405(g) for further proceedings as set forth in the Report and Recommendation.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: August 14, 2026

BY THE COURT:

s/Nancy E. Brasel
Nancy E. Brasel
United States District Judge